# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2792
LT Case No. 2017-302691-CFDB

_____

RICARDO DAVON WATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Ricardo Davon Watson, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

April 9, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____